IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL E KIRBY,

    Plaintiff,

v.                                             CASE NO. 4:05-cv-00027-MP-AK

STEVEN EDWARD ALTIERI,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of Magistrate Judge Kornblum, recommending that Plaintiff's case be dismissed for lack of jurisdiction. The Magistrate Judge filed the Report and Recommendation on Thursday, July 14, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1),this Court must make a *de novo* review of those portions to which an objection has been made. Plaintiff has filed an objection. Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is ADOPTED and INCORPORATED by reference in this order.

2.     Plaintiff's case is DISMISSED for lack of jurisdiction.

**DONE AND ORDERED** this __8th__ day of August, 2005.

                                   *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge